UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20123-Civ-COOKE/TORRES

HUMANA MEDICAL PLAN, INC.,

    Plaintiff,

vs.

WESTERN HERITAGE INSURANCE
COMPANY,

    Defendant.
_____/

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 56), **JUDGMENT** is hereby entered in favor of Plaintiff Humana Medical Plan, Inc. and against Defendant Western Heritage Insurance Company on Counts I and II of Plaintiff's Complaint.

**DONE and ORDERED** in chambers, at Miami, Florida, this 16TH day of March 2015.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*